360 A.2d 640

COMMONWEALTH

v.

YARBOUGH, Appellant.

Submitted March 22, 1976.  Barney B. Welsh, and Ominsky, Koral & Welsh, for appellant;  John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.